IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



UNITED STATES OF AMERICA,          )
                                   )
         Plaintiff,                )
                                   )
vs.                                )          Civil No. 93-2396-HA
                                   )
Donald M. Rowe,                    )
                                   )
         Defendant.                )

### JUDGMENT

The Summons and Complaint in this action having been duly served on the defendant, above-named, on June 3, 1993, and the time having expired, and defendant not having appeared, answered or otherwise defended, and the plaintiff having duly filed its Request for Default, and that Default was entered by the Clerk on the 7th day of July, 1993, and the plaintiff having filed an affidavit of the amount due the plaintiff from the defendant, it appears that the plaintiff is entitled to have judgment against the defendant as prayed for in its complaint.

Now on motion of the United States Attorney, it is:

ADJUDGED, and ORDERED that judgment is entered in the favor of the United States of America, plaintiff, against above-named defendant, in the amount of $944,428.68 (principal $731,759.65, accrued interest of $104,206.64 as of March 3, 1993 and interest from March 3, 1993 through July 13, 1993 (132 days) at 8.542% per annum of $22,605.24 for a debt of $858,571.53 with a 10 percent

This document entered on docket sheet in compliance with Rule 38 and/or

surcharge on the debt pursuant to 28 U.S.C. § 3011 amounting to $85,857.15) plus interest from the date of judgment at the legal rate computed daily and compounded annually until paid in full.

*[signature]*
Clerk, United States District Court
for the Western District of Tennessee

A TRUE COPY
ROBERT R. DI TROLIO, CLERK
BY: *[signature]*
    Deputy Clerk