IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

93 JUL -7 PM 2:59

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
vs. ) Civil No. 93-2396-HA
)
BERVA ROWE, )
)
    Defendant. )

### DEFAULT

In conformity with Rule 55, Federal Rules of Civil Procedure, the defendant, is hereby declared to be in default to the plaintiff, United States of America.

This 7th day of July, 1993.

_____
Clerk, United States District Court
for the Western District of Tennessee

This document entered on docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 7-7-93