IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.    No. 93-2396-(H)-G

DONALD M. ROWE,

    Defendant.

ORDER ON MOTION OF BERVA A. ROWE

On August 11, 1999, the court received a letter from Berva Rowe seeking to stop the disbursement of funds to Evans & Petree, PC. At the time the letter motion was received, the court had already signed an agreed order for garnishment disposition which authorized the disbursement of legal fees to Evans & Petree. Evans & Petree has responded to the letter. Based on the statements to the court prior to the entry of the agreed order for garnishment disposition and the statements in the response, it appears that no further action with respect to this matter is appropriate.

    IT IS SO ORDERED.

*Julia Smith Gibbons*
JULIA SMITH GIBBONS
UNITED STATES DISTRICT JUDGE

September 8, 1999

This document entered on docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 9/9/99.