IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

FILED BY ⎯⎯ D.C.

99 DEC -2  AM 11:42

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiffs, | ) |
| V. | ) CIVIL ACTION No: 93-2396-HA |
| DONALD M. ROWE, and<br>BERVA A. ROWE, | ) |
| Defendants, | ) |
| v. | ) |
| EVANS & PETREE, P.C., | ) |
| Garnishees. | ) |

### GARNISHMENT DISPOSITION ORDER

WHEREAS, subsequent to the entry of a Consent Order specifying the amount of fees and expenses paid to Evans & Petree, P.C., the firm of Evans & Petree discovered that it had miscalculated that amount and been overpaid by $25,217.45, and

WHEREAS, the firm of Evans & Petree notified Donald M. Rowe and the United States attorney of the overpayment, and

WHEREAS, the United States of America issued a garnishment to Evans & Petree, and at the same time gave Donald M. Rowe notice of his right to claim exemptions, and

WHEREAS, the firm of Evans & Petree has answered the garnishment formally acknowledging that it is holding $25,217.45 for the account of Mr. Rowe, and

K:\JWM\Rowe\ORDER1199.doc

This Document entered on the docket sheet in compliance with Rule 58 and / or 79 (a) FRCP on 12-2-99



WHEREAS, Donald M. Rowe having filed a claim of exemption with the Court, and

WHEREAS, it appearing that Donald M. Rowe is entitled to an exemption totalling $8,925.00, it is therefore

ORDERED:

1. The firm of Evans & Petree as garnishee shall disburse $8,925.00 to Donald M. Rowe, and the sum $16,292.45 to the United States attorney.

Julia S. Gibbons, United States District Judge

Date: December 1, 1999

CONSENTED TO AND APPROVED:

The United States of America

By: _____
William W. Siler
Asst. U.S. Attorney

Evans & Petree

By: _____
John McQuiston, II

2